**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| IOWANS FOR ALTERNATIVES TO SMOKING & TOBACCO, et al., | Case No. 4:24-cv-448-SMR-HCA |
| *Plaintiffs*, | |
| v. | **UNOPPOSED MOTION FOR MODIFIED BRIEFING SCHEDULE AND HEARING REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| IOWA DEPARTMENT OF REVENUE, et al., | |
| *Defendants*. | |

Defendants Iowa Department of Revenue and Mary Mosiman, Director of the Iowa Department of Revenue, request the Court adopt a modified briefing schedule and set a hearing on Plaintiffs' motion for a preliminary injunction. Plaintiffs Iowans for Alternatives to Smoking & Tobacco, Inc., Global Source Distribution LLC, Wages and White Lion Investments, LLC d/b/a Triton Distribution, Smokin Hot LLC, Central Iowa Vapors WDM, LLC, and Taste the Vape LLC d/b/a Route 69 Vapor, do not oppose this request.

House File 2677 was signed into law on May 17, 2024. That law, in relevant part, prohibits sale or offer of a vapor product in Iowa if that product is not included in the publicly available vapor products directory that the Director shall maintain. Iowa Code §§ 453A.52, 453.52A. On July 29, 2024, the Department announced it would publish the vapor products directory on January 2, 2025, and would begin enforcement of it on February 3, 2025. Dkt. 1, Compl. at ¶ 72; *IDR Release New*

*Guidance: Glass & Metal Devices, Vapor Products Directory*, Department of Revenue (July 29, 2024) https://perma.cc/FE9X-8Q4H.

Plaintiffs moved for a preliminary injunction on December 17, 2024. Dkt. 2. Plaintiffs seek a preliminary injunction enjoining Defendants from enforcing HF2677. Dkt. 2 at ¶ 7.

Defendants waived service on December 20, 2024. Dkts. 6, 7.

Under LR 7(e), Defendants' response is due within 14 days—by January 2, 2025.

Plaintiffs' motion raises several complex questions of law, including preemption and Equal Protection challenges. Defendants' counsel will require time to understand the new requirements under HF2677 to adequately respond to Plaintiffs' challenges. Defendants therefore require more time to adequately assess and address the issues presented in Plaintiffs' motion. More, Defendants' unavoidable workload on other matters filed in state and federal courts, and in consideration of members of Defendants' team being out on honeymoon or about to be on paternity leave, in addition to preplanned holiday obligations for other members of the team similarly requires more time for Defendants to respond.

The Department therefore agrees to stay its enforcement of the vapor products directory under Iowa Code sections 453A.52 through 453A.52G pending resolution of Plaintiffs' preliminary injunction motion and disposition of any stay motion in the Eighth Circuit. Staying the Department's enforcement does not include continued preparation of the directory.

Defendants ask this Court to modify the briefing schedule:

1.     Defendants' deadline to respond to Plaintiffs' motion: **January 29, 2025**

2.     Plaintiffs' deadline to reply: **February 19, 2025**

3.     Hearing on Plaintiffs' motion: **First or second week of March 2025**

No other time extensions have been requested or granted in this matter.

This is a reasonable modification that accommodates the Defendants' high caseload, the short notice of the preliminary injunction, and Plaintiffs' trial schedule and other obligations in February 2025.

Defendants also request the Court stay the responsive pleading deadline pending disposition of Plaintiffs' preliminary injunction motion.

Plaintiffs do not oppose this motion.

**WHEREFORE**, Defendants respectfully request this Court modify the briefing schedule, schedule a preliminary-injunction motion hearing, and stay Defendants' responsive pleading deadline.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA
Deputy Solicitor General

BREANNE STOLTZE
Assistant Solicitor General

KEVIN PROTZMANN
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax)
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov
kevin.protzmann@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| **PROOF OF SERVICE** |
| --- |
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on December 26, 2024: |
| ☐ U.S. Mail ☐ FAX ☐ Hand Delivery ☐ Overnight Courier ☐ Federal Express ☐ Other ☒ CM/ECF |
| Signature: /s/ *Patrick C. Valencia* |