**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| IOWANS FOR ALTERNATIVES TO SMOKING & TOBACCO, INC.; GLOBAL SOURCE DISTRIBUTION, LLC; WAGES AND WHITE LION INVESTMENTS, LLC d/b/a TRITON DISTRIBUTION; SMOKIN HOT LLC; CENTRAL IOWA VAPORS WDM, LLC; TASTE THE VAPE LLC d/b/a ROUTE 69 VAPOR; MARTINA PAGANO; AND JAMES COLE,<br><br>      Plaintiffs,<br><br>v.<br><br>THE IOWA DEPARTMENT OF REVENUE AND MARY MOSIMAN, DIRECTOR OF THE IOWA DEPARTMENT OF REVENUE,<br><br>      Defendants. | Case No.: 24-cv-448<br><br>**JOINT MOTION TO VACATE HEARING ON PLAINTIFFS' ORIGINAL MOTION FOR PRELIMINARY INJUNCTION FROM CALENDAR, DENY SUCH MOTION AS MOOT, SET DEADLINE FOR FILING OF RENEWED MOTION FOR PRELIMINARY INJUNCTION, AND SET NEW HEARING DATE** |

Plaintiffs Iowans for Alternatives to Smoking & Tobacco, Inc., Global Source Distribution, LLC, Wages and White Lion Investments, LLC d/b/a Triton Distribution, Smokin Hot, L.L.C., Central Iowa Vapors WDM, LLC, Taste the Vape d/b/a Route 69 Vapor, Martina Pagano, and James Cole and Defendants Iowa Department of Revenue and Mary Mosiman, Director of the Iowa Department of Revenue, jointly submit this motion to request that the Court vacate the hearing set for March 5, 2025, on Plaintiffs' motion for preliminary injunction (ECF No. 2); deny that motion as moot; set a deadline of February 21, 2025, for Plaintiffs to file a renewed motion for preliminary injunction; and set a new hearing date on Plaintiffs' forthcoming renewed motion for preliminary injunction.

Plaintiffs filed their original complaint in this action on December 17, 2024 (ECF No. 1) and moved for a preliminary injunction simultaneously therewith (ECF No. 2). Pursuant to Defendants' unopposed motion (ECF No. 9), the Court ordered a modified briefing schedule and set a hearing on the motion for March 5, 2025.

Defendants filed their opposition to Plaintiffs' motion for preliminary injunction (ECF No. 24) on January 29, 2025. Thereafter, on February 19, 2025, Plaintiffs filed their First Amended Complaint as of right to add two individual Iowa consumers, Martina Pagano and James Cole, as additional plaintiffs.

On February 14, 2025, and February 17, 2025, counsel for the parties conferred and agreed that the filing of Plaintiffs' First Amended Complaint necessitates the filing of a renewed motion for preliminary injunction since Plaintiffs Pagano and Cole will now also join in the motion. Accordingly, the parties agreed that Plaintiffs would file their renewed motion for preliminary injunction by Friday, February 21, 2025, Defendants would file their response to the motion by Friday, March 7, 2025, and Plaintiffs would file their reply in support of the motion by Friday, March 14, 2025.

Defendants agree to continue to stay enforcement of the vapor products directory under Iowa Code sections 453A.52 through 453A.52G pending resolution of Plaintiffs' forthcoming renewed motion for preliminary injunction and disposition of any stay motion in the Eighth Circuit. Staying the Department's enforcement does not include continued preparation of the directory.

WHEREFORE, the parties respectfully request that the Court enter an order (i) vacating the hearing set for March 5, 2025, on Plaintiffs' original motion for preliminary injunction; (ii) denying Plaintiffs' original motion for preliminary injunction as moot pending the filing of Plaintiffs renewed motion for preliminary injunction; (iii) setting February 21, 2025, as the

deadline for Plaintiffs to file the renewed motion for preliminary injunction; and (iv) setting a new hearing date after March 19, 2025, on Plaintiffs' renewed motion for preliminary injunction.

Dated: February 19, 2025          Respectfully submitted,

         Richard J. Sapp, AT0006915
         David T. Bower, AT0009246
         Nyemaster Goode, P.C.
         700 Walnut Street, Suite 1300
         Des Moines, IA  50309-3899
         T: (515) 283-3100
         F: (515) 283-3108
         rjs@nymaster.com
         dbower@nymaster.com

         */s/ Eric N. Heyer*
         Eric N. Heyer (admitted pro hac vice) (lead counsel)
         James Fraser (admitted pro hac vice)
         Joseph A. Smith (admitted pro hac vice)
         Anna Stressenger (admitted pro hac vice)
         THOMPSON HINE LLP
         1919 M Street, NW, Suite 700
         Washington, DC 20036
         T: (202) 331-8800
         F: (202) 331-8330
         Eric.Heyer@ThompsonHine.com
         James.Fraser@ThompsonHine.com
         Anna.Stressenger@ThompsonHine.com

         ATTORNEYS FOR PLAINTIFFS


         BREANNA BIRD

         Attorney General of Iowa

         ERIC WESSAN

         Solicitor General

         */s/ Patrick C. Valencia*
         PATRICK C. VALENCIA

Deputy Solicitor General

BREANNE A. STOLTZE
Assistant Solicitor General

KEVIN PROTZMANN
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax) \
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov
kevin.protzmann@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2025, I caused the foregoing to be electronically filed with the Clerk via the Court's ECM / ECF system, and thereby electronically served on all counsel of record.

        /s/ Eric N. Heyer
Eric N. Heyer
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: (202) 331-8800
F: (202) 331-8330
Eric.Heyer@ThompsonHine.com

ATTORNEYS FOR PLAINTIFFS