# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWANS FOR ALTERNATIVES TO SMOKING & TOBACCO, et al., *Plaintiffs*, v. IOWA DEPARTMENT OF REVENUE, et al., *Defendants*. | Case No. 4:24-cv-448-SMR-HCA **NOTICE OF ADDITIONAL AUTHORITY** |

Defendants Iowa Department of Revenue and Mary Mosiman, Director of the Iowa Department of Revenue, notify the Court that on April 9, 2025, the U.S. Court of Appeals for the Sixth Circuit issued an order in *Vapor Technology Association, et al. v. Taylor, et al.*, No. 25-5137, denying Plaintiffs' motion for injunction pending appeal. The order is attached here as Exhibit A.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA
Deputy Solicitor General

BREANNE STOLTZE
Assistant Solicitor General

KEVIN PROTZMANN
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax)
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov
kevin.protzmann@ag.iowa.gov

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on April 14, 2025: |
| ☐ U.S. Mail     ☐ FAX |
| ☐ Hand Delivery     ☐ Overnight Courier |
| ☐ Federal Express     ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Breanne A. Stoltze* |

2