# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWANS FOR ALTERNATIVES TO SMOKING & TOBACCO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARY MOSIMAN, Director of the Iowa Department of Revenue, <br><br> *Defendant*. | Case No. 4:24-cv-448-SMR-HCA <br><br><br> **UNOPPOSED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Defendant Mary Mosiman, Director of the Iowa Department of Revenue, respectfully moves the Court for an order staying further district court proceedings pending the resolution of Defendant's appeal of the Court's order granting Plaintiffs' renewed motion for a preliminary injunction. In support of her motion, Defendant states as follows:

1. Plaintiffs filed suit on December 17, 2024, amended their complaint on February 19, 2025, then renewed their motion for preliminary injunction on February 21. Dkts. 1, 27, 32.

2. This Court held a hearing on the renewed motion for a preliminary injunction on April 3, 2025. Dkt. 45.

3. On May 2, 2025, the Court granted Plaintiffs' renewed motion for a preliminary injunction. Dkt. 49.

4. That order dismissed Defendant Iowa Department of Revenue from this case. Dkt. 49 at 11.

5. Defendant Mosiman timely filed her notice of appeal to the United States Court of Appeals for the Eighth Circuit on May 30, 2025. Dkt. 54.

6. The appeal is currently docketed as *Iowans for Alternatives, et al. v. Mosiman*, No. 25-2087 (8th Cir.).

7. The central issue on appeal is what the proper scope of preemption is. Defendant argues it is more limited than that applied in the order granting the preliminary injunction. The Eighth Circuit will now have the opportunity in the appeal to weigh in on the legal standard and scope of preemption.

8. In the meantime, Defendant's establishment and enforcement of the vapor products directory is enjoined.

9. Moving forward with any further district court proceedings, including a motion to dismiss, without that guidance could lead to significant duplication of efforts. Resolution on the underlying preemption issue will be affected by the Eighth Circuit's explanation of the applicable legal standard.

10. In the interest of judicial economy and efficiency, Defendant requests a stay of further case proceedings until Defendant's appeal has been resolved.

11. Defendant's counsel certifies that this motion is made in good faith and not for the purposes of delay.

12. Plaintiffs consent to Defendant's request for a stay.

WHEREFORE, Defendant respectfully requests her motion be granted and that the Court stay further district court proceedings until Defendant's appeal has been resolved.

        Respectfully submitted,

        BRENNA BIRD
        Attorney General of Iowa

        ERIC WESSAN
        Solicitor General

        /s/ *Patrick C. Valencia*
        PATRICK C. VALENCIA
        Deputy Solicitor General

        BREANNE A. STOLTZE
        Assistant Solicitor General

        KEVIN PROTZMANN
        Assistant Attorney General

        Iowa Department of Justice
        Hoover State Office Building
        Des Moines, Iowa 50319
        (515) 281-5164 / (515) 281-8770
        (515) 281-4209 (fax)
        patrick.valencia@ag.iowa.gov
        breanne.stoltze@ag.iowa.gov
        kevin.protzmann@ag.iowa.gov

        ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

4

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on June 2, 2025:<br><br>☐ U.S. Mail ☐ FAX<br>☐ Hand Delivery ☐ Overnight Courier<br>☐ Federal Express ☐ Other<br>☒ CM/ECF<br><br>Signature: */s/ Patrick C. Valencia* |

4